UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LARRY LEE GRUESCHOW,

Defendant.

CR **21-40110**

REDACTED INDICTMENT

Threatening Communications

18 U.S.C. § 875(c)

The Grand Jury charges:

On or about the 11th day of June, 2020, in the District of South Dakota and elsewhere, the Defendant, Larry Lee Grueschow, did transmit in interstate commerce, from the State of South Dakota to Washington, D.C., a telephone communication to Nancy Pelosi, which telephone communication contained a threat to injure the person of Nancy Pelosi and others, that is, a threat to kill Nancy Pelosi and others, in violation of 18 U.S.C. § 875(c).

A TRUE BILL:

**Name Redacted**

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: